# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**  
ADC #114018                                                      PLAINTIFF

v.                          No. 3:19-cv-78-DPM

**DAYS INN MOTELS, INC.,**                                       DEFENDANTS
and DOE

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019