IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #114018

v.　　　　　　　　No. 3:19-cv-78-DPM

DAYS INN MOTELS, INC.,　　　　　　　　　　　　　　　DEFENDANTS
and DOE, Manager, Days Inn Motel

## ORDER

1. Motion to amend complaint, № 12, denied. The Court dismissed Webster's complaint; and nothing in the proposed amendment warrants relief from the Judgment and final Order. № 9 & № 10. This case is closed.

2. Motion for leave to proceed *in forma pauperis* on appeal, № 16, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 9.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019