IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-78-DPM

DAYS INN MOTELS, INC.
and DOE                                                             DEFENDANTS

## ORDER

Webster's motion to reopen his case, *Doc. 28*, is denied for lack of good cause. This case was closed in 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2024